UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :
         - v. -                      :
                                     :    SEALED INDICTMENT
DAVID ERAZO-AYALA,                   :
   a/k/a "Viejo,"                    :    S2 16 Cr. 167 (LAP)
ANDY ADAMES,                         :
   a/k/a "AD,"                       :
MARCUS STEELE,                       :
   a/k/a "Money Man,"                :
   a/k/a "Manny,"                    :
ANDRE SUTTON,                        :
   a/k/a "Dre,"                      :
   a/k/a "Sonny,"                    :
JUSTIN RODRIGUEZ,                    :
   a/k/a "Bori,"                     :
MICHAEL ROLDAN,                      :
   a/k/a "Franklin,"                 :
FREDERICK FELIX,                     :
   a/k/a "Sonic,"                    :
JOSE DEJESUS,                        :
   a/k/a "Chino,"                    :
JONATHAN WEEKS,                      :
   a/k/a "John John,"                :
CARLOS VINALES,                      :
PAUL LOPEZ, and                      :
TYRONE MOORE,                        :
   a/k/a "Shiloh,"                   :
                                     :
                                     :
              Defendants.            :
                                     :
- - - - - - - - - - - - - - - - - - x

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-25-16

## COUNT ONE
(Drug Distribution Conspiracy)

The Grand Jury charges:

1.  From at least in or about 2013, up to and including in or about 2016, in the Southern District of New York and

elsewhere, DAVID ERAZO-AYALA, a/k/a "Viejo," ANDY ADAMES, a/k/a "AD," MARCUS STEELE, a/k/a "Money Man," a/k/a "Manny," ANDRE SUTTON, a/k/a "Dre," a/k/a "Sonny," JUSTIN RODRIGUEZ, a/k/a "Bori," MICHAEL ROLDAN, a/k/a "Franklin," FREDERICK FELIX, a/k/a "Sonic," JOSE DEJESUS, a/k/a "Chino," JONATHAN WEEKS, a/k/a "John John," CARLOS VINALES, PAUL LOPEZ, and TYRONE MOORE, a/k/a "Shiloh," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that DAVID ERAZO-AYALA, a/k/a "Viejo," ANDY ADAMES, a/k/a "AD," MARCUS STEELE, a/k/a "Money Man," a/k/a "Manny," ANDRE SUTTON, a/k/a "Dre," a/k/a "Sonny," JUSTIN RODRIGUEZ, a/k/a "Bori," MICHAEL ROLDAN, a/k/a "Franklin," FREDERICK FELIX, a/k/a "Sonic," JOSE DEJESUS, a/k/a "Chino," JONATHAN WEEKS, a/k/a "John John," CARLOS VINALES, PAUL LOPEZ, and TYRONE MOORE, a/k/a "Shiloh," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substances that DAVID ERAZO-AYALA, a/k/a "Viejo," ANDY ADAMES, a/k/a "AD," MARCUS STEELE, a/k/a "Money Man," a/k/a "Manny," ANDRE SUTTON, a/k/a "Dre," a/k/a "Sonny," JUSTIN RODRIGUEZ, a/k/a "Bori," and MICHAEL ROLDAN,

a/k/a "Franklin," the defendants, conspired to distribute and possess with the intent to distribute were (1) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A); (2) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(A); (3) mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(C); and (4) marijuana in violation of Title 21, United States Code, Section 841(b)(1)(D).

    4. The controlled substances that FREDERICK FELIX, a/k/a "Sonic," JOSE DEJESUS, a/k/a "Chino," JONATHAN WEEKS, a/k/a "John John," CARLOS VINALES, and PAUL LOPEZ, the defendants, conspired to distribute and possess with the intent to distribute were (1) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A); (2) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(A); (3) one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United

States Code, Section 841(b)(1)(A); and (4) marijuana in violation of Title 21, United States Code, Section 841(b)(1)(D).

5.  The controlled substance that TYRONE MOORE, a/k/a "Shiloh," the defendant, conspired to distribute and possess with the intent to distribute was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO
(Conspiracy to Traffic Firearms)

The Grand Jury further charges:

6.  From at least in or about 2015, up to and including in or about 2016, in the Southern District of New York and elsewhere, JUSTIN RODRIGUEZ, a/k/a "Bori," and MICHAEL ROLDAN, a/k/a "Franklin," and others known and unknown, willfully and knowingly did combine, conspire, confederate and agree together and with each other to commit an offense against the United States, to wit, firearms trafficking in violation of Title 18, United States Code, Section 922(a)(1)(A).

7.  It was a part and an object of the conspiracy that JUSTIN RODRIGUEZ, a/k/a "Bori," and MICHAEL ROLDAN, a/k/a "Franklin," the defendants, not being a licensed importer, licensed manufacturer, or licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, would and did knowingly and willfully engage in the business of dealing in

firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate and foreign commerce.

### Overt Act

8. In furtherance of said conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

    a. On or about October 22, 2015, JUSTIN RODRIGUEZ, a/k/a "Bori," and MICHAEL ROLDAN, a/k/a "Franklin," the defendants, participated in the sale of a firearm, to wit, a .45 caliber Haskell pistol, model JHP, and nine rounds of ammunition.

(Title 18, United States Code, Section 371.)

### COUNT THREE
### (Firearms Possession)

The Grand Jury further charges:

9. From at least in or about 2013, up to and including in or about 2016, in the Southern District of New York, JONATHAN WEEKS, a/k/a "John John," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug conspiracy charged in Count One of this Indictment, knowingly did use and carry firearms, and in furtherance of such drug trafficking crime did possess firearms, and did aid and abet the use, carrying, and

possession of firearms.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## FORFEITURE ALLEGATION AS TO COUNT ONE

10. As the result of committing the offense charged in Count One of this Indictment, DAVID ERAZO-AYALA, a/k/a "Viejo," ANDY ADAMES, a/k/a "AD," MARCUS STEELE, a/k/a "Money Man," a/k/a "Manny," ANDRE SUTTON, a/k/a "Dre," a/k/a "Sonny," JUSTIN RODRIGUEZ, a/k/a "Bori," MICHAEL ROLDAN, a/k/a "Franklin," FREDERICK FELIX, a/k/a "Sonic," JOSE DEJESUS, a/k/a "Chino," JONATHAN WEEKS, a/k/a "John John," CARLOS VINALES, PAUL LOPEZ, and TYRONE MOORE, a/k/a "Shiloh," the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the offense.

### Substitute Assets Provision

11. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

    (Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DAVID ERAZO-AYALA, et al.

Defendants.

**SEALED INDICTMENT**

S2 16 Cr. 167 (LAP)

(21 U.S.C. § 846; 18 U.S.C. §§ 371, 924(c) and 2.)

PREET BHARARA
United States Attorney.

TRUE BILL

FOREPERSON

- (S2) SEALED INDICTMENT
- TRUE BILL
- 6 ARREST WARRANTS
- MAG. JUDGE RONALD L. ELLIS
  7-25-16